UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:18-cr-00333-RLY-KMB |
| BRIAN FENNER, | ) | -01 |
| DENNIS BIRKLEY, | ) ) | -02 |
| Defendants. | ) ) | |

**COURTROOM MINUTES FOR JANUARY 31, 2023**
**BEFORE THE HONORABLE RICHARD L. YOUNG, JUDGE**

Come again the parties and the jury and the trial is resumed.

The court instructs the jury and final argument of counsel is heard.

The bailiff, in whose charge the jury will be, is sworn and the court directs the jury to commence deliberations.

Comes now the jury, returning into open court, states that it has reached its verdict.   The court reads the jury verdict.

The jury is polled and the verdicts are affirmed.

The court is adjourned.

Distributed Electronically to Registered Counsel of Record