UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cr-00333-RLY-KMB |
| | ) |
| BRIAN FENNER, | ) -01 |
| DENNIS BIRKLEY, | ) -02 |
| | ) |
| Defendants. | ) |

**SCHEDULING ORDER**

The court SETS a sentencing hearing for **MAY 10, 2023 at 1:00 p.m.** The defendants are ordered to appear, with counsel, before the Honorable Richard L. Young, in Room 349 of the Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana 46204.

**SO ORDERED** this 1st day of February 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record