UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cr-00333-RLY-KMB ) |
| BRIAN FENNER and | ) -01 |
| DENNIS BIRKLEY, | ) -02 ) |
| Defendants. | ) |

## **VERDICT**

### **Count 1 – Conspiracy to Commit Mail Fraud and Wire Fraud**

With respect to the charge of Conspiracy to Commit Mail Fraud and Wire Fraud, in violation of Title 18, United States Code, Section 1349, as described in Count One of the Superseding Indictment, we, the jury, unanimously find as follows:

(1)  As to defendant BRIAN FENNER:

GUILTY ___✓___     NOT GUILTY _____

(2)  As to defendant DENNIS BIRKLEY:

GUILTY ___✓___     NOT GUILTY _____

1

### Count 2 – Wire Fraud

With respect to the charge of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as described in Count Two of the Superseding Indictment, we, the jury, unanimously find as follows:

(1) As to defendant BRIAN FENNER:

GUILTY ____✓____   NOT GUILTY_____

(2) As to defendant DENNIS BIRKLEY:

GUILTY ____✓____   NOT GUILTY_____

### Count 3 – Wire Fraud

With respect to the charge of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as described in Count Three of the Superseding Indictment, we, the jury, unanimously find as follows:

(1) As to defendant BRIAN FENNER:

GUILTY ____✓____   NOT GUILTY_____

(2) As to defendant DENNIS BIRKLEY:

GUILTY ____✓____   NOT GUILTY_____

### Count 4 – Mail Fraud

With respect to the charge of Mail Fraud, in violation of Title 18, United States Code, Section 1341, as described in Count Four of the Superseding Indictment, we, the jury, unanimously find as follows:

(1)   As to defendant BRIAN FENNER:

GUILTY ____✓____                              NOT GUILTY _____

(2)   As to defendant DENNIS BIRKLEY:

GUILTY ____✓____                              NOT GUILTY _____

### Count 5 – Wire Fraud

With respect to the charge of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as described in Count Five of the Superseding Indictment, we, the jury, unanimously find as follows:

(1)   As to defendant BRIAN FENNER:

GUILTY ____✓____                              NOT GUILTY _____

(2)   As to defendant DENNIS BIRKLEY:

GUILTY ____✓____                              NOT GUILTY _____

### Count 6 – Wire Fraud

With respect to the charge of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as described in Count Six of the Superseding Indictment, we, the jury, unanimously find as follows:

(1)  As to defendant BRIAN FENNER:

GUILTY ____✓____     NOT GUILTY _____

(2)  As to defendant DENNIS BIRKLEY:

GUILTY ____✓____     NOT GUILTY _____

### Count 7 – Mail Fraud

With respect to the charge of Mail Fraud, in violation of Title 18, United States Code, Section 1341, as described in Count Seven of the Superseding Indictment, we, the jury, unanimously find as follows:

(1)  As to defendant BRIAN FENNER:

GUILTY ____✓____     NOT GUILTY _____

(2)  As to defendant DENNIS BIRKLEY:

GUILTY ____✓____     NOT GUILTY _____

4

## Count 8 – Wire Fraud

With respect to the charge of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as described in Count Eight of the Superseding Indictment, we, the jury, unanimously find as follows:

(1)   As to defendant BRIAN FENNER:

GUILTY ____✓____                    NOT GUILTY _____

(2)   As to defendant DENNIS BIRKLEY:

GUILTY ____✓____                    NOT GUILTY _____

## Count 9 – Mail Fraud

With respect to the charge of Mail Fraud, in violation of Title 18, United States Code, Section 1341, as described in Count Nine of the Superseding Indictment, we, the jury, unanimously find as follows:

(1)   As to defendant BRIAN FENNER:

GUILTY ____✓____                    NOT GUILTY _____

(2)   As to defendant DENNIS BIRKLEY:

GUILTY ____✓____                    NOT GUILTY _____

## Count 10 – Mail Fraud

With respect to the charge of Mail Fraud, in violation of Title 18, United States Code, Section 1341, as described in Count Ten of the Superseding Indictment, we, the jury, unanimously find as follows:

(1)  As to defendant BRIAN FENNER:

GUILTY ____✓____   NOT GUILTY _____

(2)  As to defendant DENNIS BIRKLEY:

GUILTY ____✓____   NOT GUILTY _____

## Count 11 – Wire Fraud

With respect to the charge of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as described in Count Eleven of the Superseding Indictment, we, the jury, unanimously find as follows:

(1)  As to defendant BRIAN FENNER:

GUILTY ____✓____   NOT GUILTY _____

(2)  As to defendant DENNIS BIRKLEY:

GUILTY ____✓____   NOT GUILTY _____

### Count 12 – Mail Fraud

With respect to the charge of Mail Fraud, in violation of Title 18, United States Code, Section 1341, as described in Count Twelve of the Superseding Indictment, we, the jury, unanimously find as follows:

(1) As to defendant BRIAN FENNER:

GUILTY ____✓____         NOT GUILTY_____

(2) As to defendant DENNIS BIRKLEY:

GUILTY ____✓____         NOT GUILTY_____

### Count 13 – Mail Fraud

With respect to the charge of Mail Fraud, in violation of Title 18, United States Code, Section 1341, as described in Count Thirteen of the Superseding Indictment, we, the jury, unanimously find as follows:

(1) As to defendant BRIAN FENNER:

GUILTY ____✓____         NOT GUILTY_____

(2) As to defendant DENNIS BIRKLEY:

GUILTY ____✓____         NOT GUILTY_____

### Count 14 – Wire Fraud

With respect to the charge of Wire Fraud, in violation of Title 18, United States Code, Section 1343, as described in Count Fourteen of the Superseding Indictment, we, the jury, unanimously find as follows:

(1)   As to defendant BRIAN FENNER:

GUILTY ____✓____                         NOT GUILTY_____

(2)   As to defendant DENNIS BIRKLEY:

GUILTY ____✓____                         NOT GUILTY_____

### Count 15 – Money Laundering

With respect to the charge of Money Laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as described in Count Fifteen of the Superseding Indictment, we, the jury, unanimously find as follows:

(1)   As to defendant BRIAN FENNER:

GUILTY ____✓____                         NOT GUILTY_____

(2)   As to defendant DENNIS BIRKLEY:

GUILTY ____✓____                         NOT GUILTY_____

### Count 16 – Money Laundering

With respect to the charge of Money Laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as described in Count Sixteen of the Superseding Indictment, we, the jury, unanimously find as follows:

(1)  As to defendant BRIAN FENNER:

GUILTY ____✓____   NOT GUILTY _____

(2)  As to defendant DENNIS BIRKLEY:

GUILTY ____✓____   NOT GUILTY _____

### Count 17 – Money Laundering

With respect to the charge of Money Laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as described in Count Seventeen of the Superseding Indictment, we, the jury, unanimously find as follows:

(1)  As to defendant BRIAN FENNER:

GUILTY ____✓____   NOT GUILTY _____

(2)  As to defendant DENNIS BIRKLEY:

GUILTY ____✓____   NOT GUILTY _____

*When you have reached a verdict as to all of the counts of the Superseding Indictment and answered any related additional questions, the Foreperson should sign and date in the lines below and contact the bailiff.*

01-31-2023
_____   _____
Date                          Foreperson

9