UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, ) CASE NUMBER: 1:18-cr-00333-RLY-KMB-1<br>)<br>)<br>v. )<br>)<br>BRIAN FENNER, )<br>)<br>Defendant. ) | |

### NOTICE OF APPEAL

Notice is hereby given that Brian Fenner, Defendant above-named, appeals to the United States Court of Appeal for the Seventh Circuit from the January 31, 2023 conviction, entered on the docket on February 1, 2023, and judgement and sentence entered on the docket on June 12, 2023.

Respectfully submitted,

/s/ Joshua S. Moudy
Joshua S. Moudy, #26513-49
Kammen & Moudy
135 N. Pennsylvania Street, Suite 1175
Indianapolis, Indiana 46204
Telephone: (317) 236-0400
Facsimile: (317) 638-7976

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was served upon all counsel of record by electronic service via PACER/ECF on this 13th day of June, 2023.

Kathryn Olivier  
Office of the United States Attorney  
Kathryn.olivier@usdoj.gov

                                              /s/ *Joshua S. Moudy*  
                                              Joshua S. Moudy # 26513-49